```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```
VERA LENA PESKAN,

       Plaintiff,

v.                                CASE NO. 8:09-CV-577-T-17AEP

POLK COUNTY SHERIFF
GRADY JUDD, et al.,

       Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 19 Motion for Reconsideration

Plaintiff Vera Lena Peskan moves for reconsideration of the Court's order denying Plaintiff's Motion for Entry of Clerk's Default.

The record of this case shows that Defendants were served on 7/21/2009 (Dkts. 7,8). Defendants file a Motion to Dismiss Amended Complaint (Dkt. 9) on August 11, 2009. The Certificate of Service reflects that a copy of the Motion was mailed to Plaintiff.

In this circuit, defaults are seen with disfavor because of the strong policy of determining cases on their merits. <u>Gulf Coast Fans, Inc. v. Midwest Elecs. Importers, Inc.</u>, 740 F.2d 1499, 1510 (11th Cir. 1984).

Case No. 8:09-CV-577-T-17AEP

Plaintiff Peskan has not raised any issue which justifies reconsideration of the Court's denial of Plaintiff's Motion for Entry of Clerk's Default.  Accordingly, it is

**ORDERED** that Plaintiff's Motion for Reconsideration is **denied**.  Plaintiff shall file a response to Defendants' Motion to Dismiss in accordance with the Federal Rules of Civil Procedure.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 26th day of August, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record